JS-6

Annie S. Wang (SBN 243027)
*annie@wangalc.com*
J. Andrew Coombs, Of Counsel (SBN 123881)
*andy@wangalc.com*
Wang Law Corporation
1150 Foothill Boulevard, Suite E
La Cañada Flintridge, California 91011
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.


Hua Chen (SBN 241831)
*huachen@scienbizippc.com*
Calvin Chai (SBN 253389)
*calvinchai@scienbizippc.com*
ScienBiziP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone:   (213) 426-1778
Facsimile:    (213) 426-1788

Attorney for Defendant
Lichang Chuang a/k/a Li-Chang Chuang

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Cade Ullerich; Li Chang Chuang a/k/a ) <br> Lichang Chuang, Li C Chuang, Liching ) <br> Chang and Yi-Ching Chuang; and   Does ) <br> 2– 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No. CV19-00208 GW (Ex) <br><br> CONSENT DECREE AND <br> PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of

Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Lichang Chuang a/k/a Li-

WB v. Chuang: [Proposed] Consent Decree                               - 1 -

1
2
Chang Chuang ("Defendant") in this action, and good cause appearing therefore, hereby:

3
4
5
ORDERS that based on the Parties' Stipulation and only as to Defendant, his successors, heirs, and assignees, this Consent Decree and Permanent Injunction shall be and is hereby entered in the within action as follows:

6
7
8
1)    This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

9
10
11
12
13
14
15
2)    Plaintiff, or one of its affiliated companies, owns or controls the copyrights or pertinent exclusive rights to distribute or license the distribution of home video and digital products, including video home cassettes as well as optical discs, including, but not limited to, DVDs and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television episodes subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Copyrighted Works").

16
17
3)    Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Copyrighted Works or substantially similar likenesses or colorable imitations thereof.

18
19
20
21
22
23
24
25
4)    Defendant and his agents, servants, employees, representatives, successors and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Consent Decree and Permanent Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Copyrighted Works, including, but not limited to, the following:

26
27
28
a)    Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, unauthorized Media Products containing any of Plaintiff's Copyrighted Works;

WB v. Chuang: [Proposed] Consent Decree
- 2 -

b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any unauthorized versions of Plaintiff's Copyrighted Works; or

c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Copyrighted Works, while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Copyrighted Works.

5)     Plaintiff is entitled to, and shall recover from Defendant, the sum of Seven Hundred Fifty Thousand Dollars ($750,000.00), pursuant to the terms, conditions, and limitations on enforcement set forth in the parties' Release and Settlement Agreement dated and effective February 24, 2020.

6)     Each side shall bear its own attorney's fees and costs of suit.

7)     Except as provided herein, all claims alleged in the First Amended Complaint are dismissed with prejudice, provided, however, that such dismissal shall not affect or limit any way Plaintiff's rights under this Consent Decree and Permanent Injunction, including with respect to enforcing the terms thereof.

8)     This Consent Decree and Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9)     The Court finds there is no just reason for delay in entering this Consent Decree and Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree and Permanent Injunction against Defendant.

10)     The Court shall retain jurisdiction over Defendant and of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree and

1    Permanent Injunction or of the Parties' Release and Settlement Agreement dated and

2    effective February 24, 2020.

3    DATED: May 4, 2020

4

5    _____

6    Hon. George H. Wu
     United States District Judge

7

8

9    PRESENTED BY:

10   Wang Law Corporation

11
     By: _____
12         Annie S. Wang
           J. Andrew Coombs, Of Counsel
13   Attorneys for Plaintiff Warner Bros.
     Home Entertainment Inc.
14

15

16   ScienBiziP, P.C.

17

18   By: _____
           Hua Chen
19   Attorney for Defendant
     Lichang Chuang
20

21

22

23

24

25

26

27

28

**EXHIBIT "A"**

| Copyright Reg. Number: | Title of Work: |
|---|---|
| | **GAME OF THRONES: Season One** |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad |
| PA 1-737-694 | GAME OF THRONES: Lord Snow |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die |
| PA 1-738-431 | GAME OF THRONES: The Pointy End |
| PA 1-739-318 | GAME OF THRONES: Baelor |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood |
| | **GAME OF THRONES: Season Two** |
| PA 1-785-851 | GAME OF THRONES: The North Remembers |
| PA 1-785-855 | GAME OF THRONES: The Night Lands |
| PA 1-789-438 | GAME OF THRONES: What Is Dead May Never Die |
| PA 1-795-837 | GAME OF THRONES: Garden Of Bones |
| PA 1-795-843 | GAME OF THRONES: The Ghost Of Harrenhal |
| PA 1-796-130 | GAME OF THRONES: The Old Gods And The New |
| PA 1-799-026 | GAME OF THRONES: A Man Without Honor |
| PA 1-799-023 | GAME OF THRONES: The Price Of Winterfell |
| PA 1-800-858 | GAME OF THRONES: Blackwater |
| PA 1-816-184 | GAME OF THRONES: Valar Morghulis |
| | **GAME OF THRONES: Season Three** |
| PA 1-851-609 | GAME OF THRONES: VALAR DOHAERIS : 21 |
| PA 1-851-602 | GAME OF THRONES: DARK WINGS, DARK WORDS : 22 |
| PA 1-851-606 | GAME OF THRONES: WALK OF PUNISHMENT : 23 |
| PA 1-856-552 | GAME OF THRONES : 24, AND NOW HIS WATCH IS ENDED |
| PA 1-861-780 | GAME OF THRONES : 25, KISSED BY FIRE |
| PA 1-868-327 | GAME OF THRONES : 26, THE CLIMB |
| PA 1-868-325 | GAME OF THRONES : 27, THE BEAR AND THE MAIDEN FAIR |
| PA 1-868-677 | GAME OF THRONES : 28, SECOND SONS |
| PA 1-860-421 | GAME OF THRONES : 29, THE RAINS OF CASTAMERE |
| PA 1-870-118 | GAME OF THRONES : 30, MHYSA |
| | **GAME OF THRONES: Season Four** |
| PA 1-913-945 | GAME OF THRONES : 31, TWO SWORDS |

| | |
|---|---|
| PA 1-913-943 | GAME OF THRONES : 32, THE LION AND THE ROSE |
| PA 1-916-862 | GAME OF THRONES : 33, BREAKER OF CHAINS |
| PA 1-916-930 | GAME OF THRONES : 34, OATHKEEPER |
| PA 1-916-003 | GAME OF THRONES: FIRST OF HIS NAME : 35 |
| PA 1-917-711 | GAME OF THRONES : 36, THE LAWS OF GODS AND MEN |
| PA 1-917-235 | GAME OF THRONES: MOCKINGBIRD : 37 |
| PA 1-920-467 | GAME OF THRONES : 38, THE MOUNTAIN AND THE VIPER |
| PA 1-922-678 | GAME OF THRONES : 39, THE WATCHERS ON THE WALL |
| PA 1-921-684 | GAME OF THRONES : 40, THE CHILDREN |
| | **GAME OF THRONES: Season Five** |
| PA 1-955-434 | GAME OF THRONES : 41, THE WARS TO COME |
| PA 1-955-435 | GAME OF THRONES : 42, THE HOUSE OF BLACK AND WHITE |
| PA 1-956-783 | GAME OF THRONES : 43, HIGH SPARROW |
| PA 1-957-946 | GAME OF THRONES : 44, SONS OF THE HARPY |
| PA 1-956-501 | GAME OF THRONES : 45, KILL THE BOY |
| PA 1-961-165 | GAME OF THRONES : 46, UNBOWED, UNBENT, UNBROKEN |
| PA 1-964-573 | GAME OF THRONES : 47, THE GIFT |
| PA 1-964-595 | GAME OF THRONES : 48, HARDHOME |
| PA 1-964-986 | GAME OF THRONES : 49, THE DANCE OF DRAGONS |
| PA 1-966-100 | GAME OF THRONES : 50, MOTHER'S MERCY |
| | **GAME OF THRONES: Season Six** |
| PA 1-993-375 | GAME OF THRONES : 51, THE RED WOMAN |
| PA 1-993-865 | GAME OF THRONES: HOME : 52 |
| PA 1-989-759 | GAME OF THRONES : 53, OATHBREAKER |
| PA 1-998-091 | GAME OF THRONES : 604 (54), BOOK OF THE STRANGER |
| PA 2-000-718 | GAME OF THRONES : 605 (55), THE DOOR |
| PA 2-000-720 | GAME OF THRONES : 606 (56), BLOOD OF MY BLOOD |
| PA 2-005-164 | GAME OF THRONES : 57, THE BROKEN MAN |
| PA 2-001-326 | GAME OF THRONES : 608 (58), NO ONE |
| PA 2-003-715 | GAME OF THRONES: BATTLE OF THE BASTARDS (EPISODE #59) |
| PA 2-045-812 | GAME OF THRONES: The Winds of Winter |
| | **GAME OF THRONES: Season Seven** |
| PA 2-064-496 | GAME OF THRONES : 61, DRAGONSTONE. |
| PA 2-063-139 | GAME OF THRONES : 62, STORMBORN. |
| PA 2-063-134 | GAME OF THRONES : 63, THE QUEEN'S JUSTICE. |
| PA 2-063-737 | GAME OF THRONES : 64, THE SPOILS OF WAR. |
| PA 2-066-075 | GAME OF THRONES: EASTWATCH : 65. |

| PA 2-066-596 | GAME OF THRONES : 66, BEYOND THE WALL. |
|---|---|
| PA 2-066-525 | GAME OF THRONES : 67, THE DRAGON AND THE WOLF. |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 |
|  | **LONGMIRE SEASON ONE** |
| PA0001869124 | LONGMIRE : 2M5851, PILOT. |
| PA0001869126 | LONGMIRE : 2M5852, A DAMN SHAME. |
| PA0001869090 | LONGMIRE : 2M5853, THE DARK ROAD. |
| PA0001869092 | LONGMIRE : 2M5854, THE CANCER. |
| PA0001869123 | LONGMIRE : 2M5855, DOG SOLDIER. |
| PA0001869211 | LONGMIRE : 2M5856, THE WORST KIND OF HUNTER. |
| PA0001869215 | LONGMIRE : 2M5857, 8 SECONDS. |
| PA0001870145 | LONGMIRE : 2M5858, AN INCREDIBLY BEAUTIFUL THING. |
| PA0001869209 | LONGMIRE : 2M5859, DOGS, HORSES AND INDIANS. |
| PA0001869125 | LONGMIRE : 2M5860, UNFINISHED BUSINESS. |
|  | **LONGMIRE SEASON TWO** |
| PA0001871219 | LONGMIRE : 2M6201, UNQUIET MIND. |
| PA0001871243 | LONGMIRE : 2M6202, CARCASSES. |
| PA0001871220 | LONGMIRE : 2M6203, DEATH CAME IN LIKE THUNDER. |
| PA0001871242 | LONGMIRE : 2M6204, THE ROAD TO HELL. |
| PA0001871239 | LONGMIRE : 2M6205, PARTY'S OVER. |
| PA0001871212 | LONGMIRE : 2M6206, TELL IT SLANT. |
| PA0001871217 | LONGMIRE : 2M6206, TUSCAN RED. |
| PA0001871213 | LONGMIRE : 2M6207, SOUND AND FURY. |
| PA0001871245 | LONGMIRE : 2M6208, THE GREAT SPIRIT. |
| PA0001871241 | LONGMIRE : 2M6210, ELECTION DAY. |
| PA0001871244 | LONGMIRE : 2M6211, NATURAL ORDER. |
| PA0001871211 | LONGMIRE : 2M6212, A GOOD DEATH IS HARD TO FIND. |
| PA0001871246 | LONGMIRE : 2M6213, BAD MEDICINE. |
|  | **LONGMIRE SEASON THREE** |
| PA 1-908-374 | LONGMIRE: THE WHITE WARRIOR |
| PA 1-908-376 | LONGMIRE: OF CHILDREN AND TRAVELERS |

| PA 1-914-088 | LONGMIRE: MISS CHEYENNE |
|---|---|
| PA 1-914-086 | LONGMIRE: IN THE PINES |
| PA 1-916-994 | LONGMIRE: WANTED MAN |
| PA 1-916-995 | LONGMIRE: REPORTS OF MY DEATH |
| PA 1-922-613 | LONGMIRE: POPULATION 25 |
| PA 1-922-615 | LONGMIRE: HARVEST |
| PA 1-922-620 | LONGMIRE: COUNTING COUP |
| PA 1-922-621 | LONGMIRE: ASHES TO ASHES |
| | **LONGMIRE SEASON FOUR** |
| PA0001976959 | LONGMIRE (Series) WAR EAGLE |
| PA0001976957 | LONGMIRE (SERIES) DOWN BY THE RIVER |
| PA0001976950 | LONGMIRE, FOUR ARROWS. |
| PA0001976945 | LONGMIRE, HECTOR LIVES. |
| PA0001976958 | LONGMIRE, HELP WANTED. |
| PA0001976947 | LONGMIRE, HIGH NOON. |
| PA0001976952 | LONGMIRE, HIGHWAY ROBBERY. |
| PA0001976955 | LONGMIRE (SERIES) SHOTGUN. |
| PA0001976948 | LONGMIRE (SERIES) THE CALLING BACK. |
| PA0001976953 | LONGMIRE (SERIES) WHAT HAPPENS ON THE REZ... |
| | **LONGMIRE SEASON FIVE** |
| PA0002011094 | LONGMIRE : 2M7151, A FOG THAT WON'T LIFT. |
| PA0002011086 | LONGMIRE : 2M7152, ONE GOOD MEMORY. |
| PA0002011083 | LONGMIRE : 2M7153, CHRYSALIS. |
| PA0002011093 | LONGMIRE : 2M7154, THE JUDAS WOLF. |
| PA0002011080 | LONGMIRE : 2M7155, PURE PECKINPAH. |
| PA0002011092 | LONGMIRE : 2M7156, OBJECTION. |
| PA0002011084 | LONGMIRE : 2M7157, FROM THIS DAY FORWARD. |
| PA0002011085 | LONGMIRE : 2M7158, STAND YOUR GROUND. |
| PA0002011087 | LONGMIRE : 2M7159, CONTINUAL SOIREE. |
| PA0002011081 | LONGMIRE : 2M7160, THE STUFF DREAMS ARE MADE OF. |
| | **LONGMIRE SEASON SIX** |
| PA0002071812 | LONGMIRE : 601, THE EAGLE AND THE OSPREY. |
| PA0002071814 | LONGMIRE : 602, FEVER. |
| PA0002071817 | LONGMIRE : 603, THANK YOU, VICTORIA. |
| PA0002071820 | LONGMIRE : 604, A THING I'LL NEVER UNDERSTAND. |
| PA0002071821 | LONGMIRE : 605, BURNED UP MY TEARS. |
| PA0002071823 | LONGMIRE : 606, NO GREATER CHARACTER ENDORSEMENT. |
| PA0002071824 | LONGMIRE : 607, OPIATES AND ANTIBIOTICS. |

| PA0002071825 | LONGMIRE : 608, COWBOY BILL. |
|---|---|
| PA0002071826 | LONGMIRE : 609, RUNNING EAGLE CHALLENGE. |
| PA0002071827 | LONGMIRE : 610, GOODBYE IS ALWAYS IMPLIED. |
| | **LUCIFER SEASON ONE** |
| PA0001975736 | LUCIFER : PILOT : 276096. |
| PA0001976988 | LUCIFER : 4X6502, LUCIFER, STAY. GOOD DEVIL. |
| PA0001976992 | LUCIFER (Series) : 4X6510, THE WOULD-BE PRINCE OF DARKNESS. |
| PA0001978710 | LUCIFER : 4X6503, MANLY WHATNOTS. |
| PA0001978711 | LUCIFER : 4X6504, SWEET KICKS. |
| PA0001996791 | LUCIFER : 4X6505, FAVORITE SON. |
| PA0001996789 | LUCIFER : 4X6506, WINGMAN. |
| PA0001996790 | LUCIFER : 4X6507, ET TU, DOCTOR. |
| PA0001996797 | LUCIFER : 4X6508, A PRIEST WALKS INTO A BAR. |
| PA0001986965 | LUCIFER : 4X6509, POPS. |
| PA0001986966 | LUCIFER : 4X6511, ST. LUCIFER. |
| PA0001988034 | LUCIFER : 4X6512, #TEAMLUCIFER. |
| PA0001988043 | LUCIFER : 4X6513, TAKE ME BACK TO HELL. |
| | **LUCIFER SEASON TWO** |
| PA0002006293 | LUCIFER, EVERYTHING'S COMING UP LUCIFER. |
| PA0002009263 | LUCIFER, LIAR, LIAR, SLUTTY DRESS ON FIRE. |
| PA0002009264 | LUCIFER (Series) SIN-EATER. |
| PA0002009265 | LUCIFER, LADY PARTS. |
| PA0002011535 | LUCIFER (Series) THE WEAPONIZER. |
| PA0002011537 | LUCIFER, MONSTER. |
| PA0002013689 | LUCIFER, MY LITTLE MONKEY. |
| PA0002013687 | LUCIFER (Series) TRIP TO STABBY TOWN. |
| PA0002014207 | LUCIFER, HOMEWRECKER. |
| PA0002014205 | LUCIFER (SERIES) QUID PRO HO |
| PA0002021516 | LUCIFER : 13200, STEWARDESS INTERRUPTUS. |
| PA0002025035 | LUCIFER, LOVE HANDLES. |
| PA0002025282 | LUCIFER, A GOOD DAY TO DIE. |
| PA0002088139 | LUCIFER (Series) CANDY MORNINGSTAR. |
| PA0002034619 | LUCIFER (Series) DECEPTIVE LITTLE PARASITE. |
| PA0002037956 | LUCIFER (Series) GOD JOHNSON. |
| PA0002041514 | LUCIFER (Series) SYMPATHY FOR THE GODDESS. |
| PA0002041513 | LUCIFER (Series) THE GOOD, THE BAD AND THE CRISPY. |
| PA0001981624 | **Batman v Superman: Dawn of Justice** |
| PA0002036078 | **Wonder Woman** |

| PA0002063394 | **Justice League** |
|---|---|
| | **Scooby-Doo, Where Are You!: Season One** |
| RE0000762866 | What a night for a knight. No. 45-1. |
| RE0000762867 | Clue for Scooby Doo. No. 45-3. |
| RE0000762851 | Hassle in the castle. No. 45-2. |
| RE0000762852 | Mine your own business. No. 45-4. |
| RE0000762853 | Decoy for a dognapper. No. 45-5. |
| RE0000762854 | What the hex going on? No. 45-6. |
| RE0000762855 | Never ape an ape man? No. 45-7. |
| RE0000762856 | Foul play in Funland. No. 45-8. |
| RE0000762857 | Backstage rage. No. 45-9. |
| RE0000762858 | Bedlam in the big top. No. 45-10. |
| RE0000762859 | Gaggle of galloping ghosts. No. 45-11. |
| RE0000762860 | Scooby Doo and Mummy, too. No. 45-12. |
| RE0000762861 | Which witch is which? No. 45-13. |
| RE0000762862 | Go away ghost ship. No. 45-15. |
| RE0000762863 | Spooky Space Kook. No. 45-14. |
| PA0000335919 | Scooby Doo, where are you? : no. SD-16, A Night of fright is no delight / produced and directed by Joseph Barbera and William Hanna. |
| PA0000335920 | Scooby Doo, where are you? : no. SD-17, That's snow ghost / produced and directed by Joseph Barbera and William Hanna. |
| | **Scooby-Doo, Where Are You!: Season Two** |
| PA0000335930 | Scooby Doo, where are you? : no. SD-18, Nowhere to Hyde / produced and directed by Joseph Barbera and William Hanna. |
| PA0000335931 | Scooby Doo, where are you? : no. SD-19, Mystery mask mix-up / produced and directed by Joseph Barbera and William Hanna. |
| PA0000335921 | Scooby Doo, where are you? : no. SD-20, Scooby's night with a frozen fright / produced and directed by Joseph Barbera and William Hanna. |
| PA0000335922 | Scooby Doo, where are you? : no. SD-21, Jeepers, it's the creeper / produced and directed by Joseph Barbera and William Hanna. |
| PA0000335923 | Scooby Doo, where are you? : no. SD-22, Haunted house hang-up / produced and directed by Joseph Barbera and William Hanna. |
| PA0000335924 | Scooby Doo, where are you? : no. SD-23, A Tiki scare is no fair / produced and directed by Joseph Barbera and William Hanna. |
| PA0000335925 | Scooby Doo, where are you? : no. SD-24, Who's afraid of the big bad werewolf? / produced and directed by Joseph Barbera and William Hanna. |
| PA0000335905 | Scooby Doo, where are you? : no. SD-25, Don't fool with a phantom / produced and directed by Joseph Barbera and William Hanna ; co-producer, Alex Lovy. |
| | **The 100: Season One** |
| PA0001909325 | 100 : 101, PILOT. |
| PA0001909316 | 100 : 102, EARTH SKILLS. |

| PA0001909323 | 100 : 103, EARTH KILLS. |
|---|---|
| PA0001909322 | 100 : 104, MURPHY'S LAW. |
| PA0001909317 | 100 : 105, TWILIGHT'S LAST GLEAMING. |
| PA0001909315 | 100 : 106, HIS SISTER'S KEEPER. |
| PA0001909324 | 100 : 107, CONTENTS UNDER PRESSURE. |
| PA0001909318 | 100 : 108, DAY TRIP. |
| PA0001909312 | 100 : 109, UNITY DAY. |
| PA0001909314 | 100 : 110, I AM BECOME DEATH. |
| PA0001909321 | 100 : 111, THE CALM. |
| PA0001914673 | 100 : 2J7062, WE ARE GROUNDERS PART I. |
| PA0001914677 | 100 : 2J7063, WE ARE GROUNDERS PART II. |
| | **The 100: Season Two** |
| PA0001936094 | 100 : 3J5251, THE 48. |
| PA0001936097 | 100 : 3J5252, INCLEMENT WEATHER. |
| PA0001938138 | 100 : 3J5253, REAPERCUSSIONS. |
| PA0001936099 | 100 : 3J5254, MANY HAPPY RETURNS. |
| PA0001938136 | 100 : 3J5255, HUMAN TRIALS. |
| PA0001938134 | 100 : 3J5256, FOG OF WAR. |
| PA0001940011 | 100 : 207, LONG INTO AN ABYSS. |
| PA0001940006 | 100 : 208, SPACEWALKER. |
| PA0001945021 | 100 : 209, REMEMBER ME. |
| PA0001948967 | 100 : 210, SURVIVAL OF THE FITTEST. |
| PA0001948969 | 100 : 211, COUP DE GRACE. |
| PA0001948971 | 100 : 212, RUBICON. |
| PA0001953071 | 100 : 214, 3J5264, BODYGUARD OF LIES. |
| PA0001953070 | 100 : 215, 3J5265, BLOOD MUST HAVE BLOOD - PART ONE. |
| PA0001945021 | 100 : 209, REMEMBER ME. |
| PA0001955344 | 100 : 3J5266, BLOOD MUST HAVE BLOOD - PART TWO. |
| | **The 100: Season Three** |
| PA0001975715 | 100, WANHEDA: PART ONE. |
| PA0001976757 | 100 : 3J5752, WANHEDA: PART TWO. |
| PA0001978072 | 100 : 3J5753, YE WHO ENTER HERE. |
| PA0001978070 | 100 : 3J5754, WATCH THE THRONES. |
| PA0001979347 | 100 : 3J5755, HAKELDAMA. |
| PA0001979346 | 100 : 3J5756, BITTER HARVEST. |
| PA0001985305 | 100 : 307, THIRTEEN. |
| PA0001985293 | 100 : 3J5758, TERMS AND CONDITIONS. |
| PA0001986123 | 100 : 309, STEALING FIRE. |

| PA0001989762 | 100 : 310, FALLEN. |
|---|---|
| PA0001986124 | 100 : 311, NEVERMORE. |
| PA0001988035 | 100 : 3J5762, DEMONS. |
| PA0001988036 | 100 : 3J5763, JOIN OR DIE. |
| PA0001990911 | 100 : 3J5764, RED SKY AT MORNING. |
| PA0001990870 | 100 : 3J5765, PERVERSE INSTANTIATION - PART ONE. |
| PA0001990871 | 100 : 3J5766, PERVERSE INSTANTIATION - PART TWO. |
| | **The 100: Season Four** |
| PA0002023913 | 100, ECHOES. |
| PA0002023910 | 100, HEAVY LIES THE CROWN. |
| PA0002023908 | 100, THE FOUR HORSEMEN. |
| PA0002025034 | A Lie Guarded |
| PA0002026186 | 100, THE TINDER BOX. |
| PA0002026413 | We Will Rise |
| PA0002029385 | 100, GIMME SHELTER. |
| PA0002029908 | 100, GOD COMPLEX. |
| PA0002032547 | 100, DNR. |
| PA0002033835 | 100 : T27132, DIE ALL, DIE MERRILY. |
| PA0002034607 | 100 : T27132, THE OTHER SIDE. |
| PA0002037948 | 100 : T27132, THE CHOSEN. |
| PA0002037933 | 100 : T27132, PRAIMFAYA. |
| | **The 100: Season Five** |
| PA0002113756 | 100 : T27135, EDEN. |
| PA0002112700 | 100 : T27135, RED QUEEN. |
| PA0002113758 | 100 : T27135, SLEEPING GIANTS. |
| PA0002113761 | 100 : T27135, PANDORA'S BOX. |
| PA0002115467 | 100 : 505, SHIFTING SANDS. |
| PA0002118755 | 100 : 506, EXIT WOUNDS. |
| PA0002123651 | 100 : 507, ACCEPTABLE LOSSES. |
| PA0002123653 | 100 : 508, HOW WE GET TO PEACE. |
| PA0002126070 | 100 : 509, SIC SEMPER TYRANNIS. |
| PA0002125981 | 100 : 510, THE WARRIORS WILL. |
| PA0002132645 | 100 : T27135, THE DARK YEAR. |
| PA0002133407 | 100 : T27135, DAMOCLES - PART ONE. |
| PA0002132757 | 100 : T27.13563, DAMOCLES - PART TWO. |
| | **The 100: Season Six** |
| PA0002186446 | 100 : 601, SANCTUM. |
| PA0002179888 | 100 : 602, RED SUN RISING. |
| PA0002181988 | 100 : 603, THE CHILDREN OF GABRIEL. |

| PA0002192114 | 100 : 604, THE FACE BEHIND THE GLASS. |
|---|---|
| PA0002193350 | 100 : 605, THE GOSPEL OF JOSEPHINE. |
| PA0002193987 | 100 : 606, MOMENTO MORI. |
| PA0002186289 | 100 : 607, Nevermind. |
| PA0002193929 | 100 : 608, THE OLD MAN AND THE ANOMALY. |
| PA0002196665 | 100 : 609, WHAT YOU TAKE WITH YOU. |
| PA0002196913 | 100 : 610, MATRYOSHKA. |
| PA0002202358 | 100 : 611, ASHES TO ASHES. |
| PA0002202348 | 100 : 612, ADJUSTMENT PROTOCOL. |
| | **The Big Bang Theory: Season 9** |
| PA0001973581 | BIG BANG THEORY, THE MATRIMONIAL MOMENTUM. |
| PA0001973582 | BIG BANG THEORY, THE SEPARATION OSCILLATION. |
| PA0001968753 | BIG BANG THEORY : 4X7203, THE BACHELOR PARTY CORROSION. |
| PA0001969767 | BIG BANG THEORY, THE 2003 APPROXIMATION. |
| PA0001969770 | BIG BANG THEORY, THE PERSPIRATION IMPLEMENTATION. |
| PA0001972024 | BIG BANG THEORY, THE HELIUM INSUFFICIENCY. |
| PA0001972030 | BIG BANG THEORY, THE SPOCK RESONANCE. |
| PA0001972027 | BIG BANG THEORY, THE MYSTERY DATE OBSERVATION. |
| PA0001972025 | BIG BANG THEORY, THE PLATONIC PERMUTATION. |
| PA0001973743 | BIG BANG THEORY, THE EARWORM REVERBERATION. |
| PA0001974420 | BIG BANG THEORY : 4X7211, THE OPENING NIGHT EXCITATION. |
| PA0001974421 | BIG BANG THEORY : 4X7212, THE SALES CALL SUBLIMATION. |
| PA0001974422 | BIG BANG THEORY : 4X7213, THE EMPATHY OPTIMIZATION. |
| PA0001978092 | BIG BANG THEORY : 4X7214, THE MEEMAW MATERIALIZATION. |
| PA0001978077 | BIG BANG THEORY : 4X7215, THE VALENTINO SUBMERGENCE. |
| PA0001978694 | BIG BANG THEORY : 4X7216, THE POSITIVE NEGATIVE REACTION. |
| PA0001978695 | BIG BANG THEORY : 4X7217, THE CELEBRATION EXPERIMENTATION. |
| PA0001984108 | BIG BANG THEORY : 4X7218, THE APPLICATION DETERIORATION. |
| PA0001986007 | BIG BANG THEORY : 4X7219, THE SOLDIER EXCURSION DIVERSION. |
| PA0001986009 | BIG BANG THEORY : 4X7220, THE BIG BEAR PRECIPITATION. |
| PA0001988204 | BIG BANG THEORY : 4X7221, THE VIEWING PARTY COMBUSTION. |
| PA0001988203 | BIG BANG THEORY : 4X7222, THE FERMENTATION BIFURCATION. |

| PA0001989180 | BIG BANG THEORY : 4X7223, THE LINE SUBSTITUTION SOLUTION. |
|---|---|
| PA0001990918 | BIG BANG THEORY : 4X7224, THE CONVERGENCE CONVERGENCE. |
| PA 1-250-537 | THE POLAR EXPRESS |
| | **Westworld Season One** |
| PA0002011700 | WESTWORLD : 276083, THE ORIGINAL. |
| PA0002011701 | WESTWORLD : 4X6152, CHESTNUT. |
| PA0002012791 | WESTWORLD : 4X6153, THE STRAY. |
| PA0002012790 | WESTWORLD : 4X6154, DISSONANCE THEORY. |
| PA0002012787 | WESTWORLD : 4X6155, CONTRAPASSO. |
| PA0002012788 | WESTWORLD : 4X6156, THE ADVERSARY. |
| PA0002012785 | WESTWORLD : 4X6157, TROMPE L-OEIL. |
| PA0002012846 | WESTWORLD : 108, TRACE DECAY. |
| PA0002012845 | WESTWORLD, THE WELL-TEMPERED CLAVIER. |
| PA0002012847 | WESTWORLD : 110, THE BICAMERAL MIND. |
| | **Westworld Season Two** |
| PA0002105520 | WESTWORLD : 201, JOURNEY INTO NIGHT. |
| PA0002118852 | WESTWORLD : 202, REUNION. |
| PA0002118858 | WESTWORLD : 203, VIRTU E FORTUNA. |
| PA0002118836 | WESTWORLD : 204, THE RIDDLE OF THE SPHINX. |
| PA0002105519 | WESTWORLD : 205, AKANE NO MAI. |
| PA0002118820 | WESTWORLD : 206, PHASE SPACE. |
| PA0002118819 | WESTWORLD : 207, LES 'ESCORCHES. |
| PA0002118817 | WESTWORLD : 208, KIKSUYA. |
| PA0002118814 | WESTWORLD : 209, VANISHING POINT. |
| PA0002118813 | WESTWORLD : 210, THE PASSENGER. |
| | **SUPERGIRL: SEASON ONE** |
| PA0001974360 | SUPERGIRL : 4X7602, STRONGER TOGETHER. |
| PA0001974361 | SUPERGIRL : 4X7603, FIGHT OR FLIGHT. |
| PA0001972261 | SUPERGIRL : 4X7605, LIVEWIRE. |
| PA0001974362 | SUPERGIRL : 4X7604, HOW DOES SHE DO IT? |
| PA0001972263 | SUPERGIRL : 4X7606, RED FACED. |
| PA0001972259 | SUPERGIRL : 4X7607, HUMAN FOR A DAY. |
| PA0001974363 | SUPERGIRL : 4X7608, HOSTILE TAKEOVER. |
| PA0001974365 | SUPERGIRL : 4X7609, BLOOD BONDS. |
| PA0001976654 | SUPERGIRL : 4X7610, CHILDISH THINGS. |
| PA0001976650 | SUPERGIRL : 4X7611, STRANGE VISITORS FROM ANOTHER PLANET. |
| PA0001978532 | SUPERGIRL : 4X7612, BIZARRO. |

WB v. Chuang: [Proposed] Consent Decree

- 14 -

| | |
|---|---|
| PA0001978530 | SUPERGIRL : 4X7613, FOR THE GIRL WHO HAS EVERYTHING. |
| PA0001978529 | SUPERGIRL : 4X7614, TRUTH, JUSTICE AND THE AMERICAN WAY. |
| PA0001982918 | SUPERGIRL : 4X7615, SOLITUDE. |
| PA0001982921 | SUPERGIRL : 4X7616, FALLING. |
| PA0001982923 | SUPERGIRL : 4X7617, MANHUNTER. |
| PA0001986121 | SUPERGIRL : 4X7618, WORLD'S FINEST. |
| PA0001986122 | SUPERGIRL : 4X7619, MYRIAD. |
| PA0001988537 | SUPERGIRL : 4X7620, BETTER ANGELS. |
| | **SUPERGIRL: SEASON TWO** |
| PA0002011491 | SUPERGIRL, THE ADVENTURES OF SUPERGIRL. |
| PA0002011492 | SUPERGIRL, THE LAST CHILDREN OF KRYPTON. |
| PA0002011531 | SUPERGIRL, WELCOME TO EARTH. |
| PA0002011530 | SUPERGIRL, SURVIVORS. |
| PA0002013369 | SUPERGIRL, CROSSFIRE. |
| PA0002013367 | SUPERGIRL, CHANGING. |
| PA0002012799 | SUPERGIRL, THE DARKEST PLACES. |
| PA0002012798 | SUPERGIRL, MEDUSA. |
| PA0002025261 | SUPERGIRL, SUPERGIRL LIVES. |
| PA0002025262 | SUPERGIRL, WE CAN BE HEROES. |
| PA0002025264 | SUPERGIRL, THE MARTIAN CHRONICLES. |
| PA0002025255 | SUPERGIRL, LUTHORS. |
| PA0002025259 | SUPERGIRL, MR. & MRS. MXYZPTLK. |
| PA0002026175 | SUPERGIRL, HOMECOMING. |
| PA0002025438 | SUPERGIRL, EXODUS. |
| PA0002029384 | SUPERGIRL, STAR-CROSSED. |
| PA0002029858 | SUPERGIRL, DISTANT SUN. |
| PA0002033654 | SUPERGIRL : 20168, ACE REPORTER. |
| PA0002035091 | SUPERGIRL : T13201, ALEX. |
| PA0002035110 | SUPERGIRL : VIEWCASET113201, CITY OF LOST CHILDREN. |
| PA0002037966 | SUPERGIRL : T13201, RESIST. |
| PA0002041702 | SUPERGIRL : T13201, NEVERTHELESS, SHE PERSISTED. |
| | **SUPERGIRL: SEASON THREE** |
| PA0002158848 | SUPERGIRL : 301, GIRL OF STEEL. |
| PA0002063271 | SUPERGIRL, TRIGGERS. |
| PA0002063272 | SUPERGIRL, FAR FROM THE TREE. |
| PA0002066017 | SUPERGIRL, THE FAITHFUL. |
| PA0002066323 | SUPERGIRL, DAMAGE. |

WB v. Chuang: [Proposed] Consent Decree

| PA0002066324 | SUPERGIRL, MIDVALE. |
|---|---|
| PA0002067225 | SUPERGIRL, WAKE UP. |
| PA0002070260 | SUPERGIRL : T13206, CRISIS ON EARTH-X , Part 1. |
| PA0002070452 | SUPERGIRL, REIGN. |
| PA0002080248 | SUPERGIRL : T13206, LEGION OF SUPER-HEROES. |
| PA0002088218 | SUPERGIRL : T13206, FOR GOOD. |
| PA0002082011 | SUPERGIRL : T13206, FORT ROZZ. |
| PA0002088178 | SUPERGIRL : T13206, BOTH SIDES NOW. |
| PA0002110823 | SUPERGIRL : 14, SCHOTT THROUGH THE HEART. |
| PA0002107651 | SUPERGIRL : T1320665, IN SEARCH OF LOST TIME. |
| PA0002107652 | SUPERGIRL : T1320666, OF TWO MINDS. |
| PA0002114459 | SUPERGIRL : T132306, SHELTER FROM THE STORM. |
| PA0002116177 | SUPERGIRL : T1320669, THE FANATICAL. |
| PA0002114460 | SUPERGIRL : T13206, TRINITY. |
| PA0002116189 | SUPERGIRL : T1320670, DARK SIDE OF THE MOON. |
| PA0002121812 | SUPERGIRL : T1320672, MAKET IT REIGN. |
| PA0002118759 | SUPERGIRL : T1320671, NOT KANSAS. |
| PA0002123655 | SUPERGIRL : 323, BATTLES LOST AND WON. |

WB v. Chuang: [Proposed] Consent Decree